RAYMOND H. AVER - SBN 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
12424 Wilshire Boulevard, Suite 720
Los Angeles, California 90025
Telephone No. (310) 571-3511
Facsimile No. (310) 571-3512

[Proposed] Attorneys for
TOMMIES NORTHRIDGE, INC.
Debtor and Debtor In Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In re:<br><br>TOMMIES NORTHRIDGE, INC.,<br><br>        Debtor. | Case No. SV 09-16758 MT<br><br>Chapter 11<br><br>NOTICE OF DEBTOR'S MOTION FOR ORDER FIXING BAR DATE FOR THE FILING OF PROOFS OF CLAIM<br><br>[Local Bankruptcy Rule 9013-1(o)]<br><br>Date: [No Hearing Scheduled]<br>Time:<br>Place: Courtroom 302<br>      United States Bankruptcy Court<br>      21041 Burbank Boulevard<br>      Woodland Hills, California |

TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Tommies Northridge, Inc., the chapter 11 debtor and debtor in possession in the above-captioned case, has filed a "Motion For Order Fixing Bar Date For The Filing of Proofs Of Claim" ("Claims Deadline Motion") pursuant to Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure. By the Bar Date Motion, Tommies Northridge, Inc. seeks an order establishing a bar date or deadline

for filing Proof of Claims or Interests. In a chapter 11 case, a creditor or interest holder must file a proof of claim if his, her, or its claim is listed in the debtor's bankruptcy schedules as disputed, contingent, or unliquidated, or if the claim has not been listed at all, or if the creditor or interest holder is not satisfied with the amount of the claim as scheduled by the debtor. The Claims Deadline Motion requests that the bar date be fixed as sixty (60) days after the Order Fixing Bar Date For The Filing Of Proofs Of Claim has been served.

**PLEASE TAKE FURTHER NOTICE** that should you decide to oppose the relief requested by the "Motion For Order Fixing Bar Date For The Filing of Proofs Of Claim," you must file a complete written statement of all reasons in opposition, declarations and copies of all photographs and documentary evidence on which you intend to rely, and any responding memorandum of points and authorities and must request a hearing pursuant to Local Bankruptcy Rule 9013-1(o)(1) which requires that:

> [a]ny response and request for hearing must be filed with the movant and the United States Trustee within 15 days after the date of service of the notice.

Dated: June 25, 2009          LAW OFFICES OF RAYMOND H. AVER
                              A Professional Corporation

                              By: _____
                                  RAYMOND H. AVER
                                  [Proposed] Attorneys for
                                  TOMMIES NORTHRIDGE, Inc.
                                  Debtor and Debtor In Possession

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 12424 Wilshire Boulevard, Suite 720, Los Angeles, California 90025

The foregoing document described "**NOTICE OF APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LAW OFFICE OF RAYMOND H. AVER, A PROFESSIONAL CORPORATION, AS GENERAL INSOLVENCY COUNSEL**" will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 25, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

__X__    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **June 25, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

__X__    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 25, 2009**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

__X__    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 25, 2009 | David Marshall | _/s/ David Marshall_ |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE LIST

**VIA NEF**

| | |
|---|---|
| Raymond H. Aver | ray@averlaw.com |
| Katherine Bunker | kate.bunker@usdoj.gov |
| Brian D. Huben | brian.huben@kattenlaw.com<br>carole.levine@kattenlaw.com;<br>donna.carol@kattenlaw.com<br>lauranefsky@kattenlaw.com |
| United States Trustee | ustpregion16.wh.ecf@usdoj.gov |

**VIA US MAIL**

Debtor
Tommies Northridge, Inc.
c/o WR Snodgrass Co.
11024 Balboa Boulevard, Suite 215
Granada Hills, California 91344

20 Largest Creditors
A/C Care, Inc.
10404 De Soto Avenue
Chatsworth, CA 91311

Anderson, Satuloff, et. al.
20301 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Capital One
PO Box 260848
Plano, TX 75026

Eton Investment Group
5101 Douglas Fir Road
Calabasas, CA 91302

Firemaster
P.O. Box 121019
Dallas, TX 75312

Individual Group
5496 Lindbergh Lane
Bell, CA 90201

La Cienaga Associates
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI 48303

///
///

| | |
|---|---|
| 1 | La Cienega Associates<br>Department 58801 |
| 2 | PO Box 67000<br>Detroit, MI 48267 |
| 3 | |
| 4 | The Taubman Company<br>c/o Robert Kayes, Vice President |
| 5 | 200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304 |
| 6 | |
| 7 | Mission Valley Bank<br>9116 Sunland Boulevard<br>Sun Valley, CA 91344-5007 |
| 8 | Northridge Mall<br>c/o GGP Limited Partnership<br>PO Box 86 |
| 9 | Minneapolis, MN 55486 |
| 10 | |
| 11 | Pepsi-Cola Bottling Group<br>PO Box 841828<br>Dallas, TX 75284 |
| 12 | |
| 13 | Prudential Overall Supply<br>PO Box 11210 |
| 14 | Santa Ana, CA 92711 |
| 15 | Puritan Bakery<br>1624 E. Carson Street |
| 16 | Carson, CA 90745 |
| 17 | |
| 18 | U.K. - American Properties,<br>c/o General Growth Properties<br>110 North Wacker |
| 19 | Chicago, IL 60606 |
| 20 | US Foodservice\So. Calif.<br>15155 Northam Street<br>La Mirada, CA 90638 |
| 21 | |
| 22 | W.R. Snodgrass Co.<br>11024 Balboa Boulevard, Suite 215<br>Granada Hills, CA 91344 |
| 23 | |
| 24 | Westfield Topanga Owner LLP<br>11601 Wilshire Boulevard, 11th Floor |
| 25 | Los Angeles, CA 90025 |
| 26 | |
| 27 | VIA PERSONAL SERVICE<br>Honorable Maureen Tighe<br>Bin Outside of Elevators on 3rd Floor |
| 28 | |