09Scott E. Blakeley (State Bar No. 141418)
E-Mail: seb@blakeleyllp.com
Bradley D. Blakeley (State Bar No. 189756)
E-Mail: bblakeley@blakeleyllp.com
BLAKELEY & BLAKELEY LLP
4685 MacArthur Court, Suite 421
Newport Beach, California 92660
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Counsel for U.S. Foodservice, Inc.

FILED & ENTERED

AUG 11 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY marshall  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>TOMMIES NORTHRIDGE, INC., a California corporation,<br><br>                      Debtor and Debtor-in-Possession. | Case No.: 1:09-bk-16758<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ITS 503(b)(9) AND 503(b)(1) ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**<br><br>Hearing Date and Time:<br>Date:   July 27, 2009<br>Time:  10:00 a.m.<br>Place:  Courtroom 302<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

**ORDER GRANTING MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE**

**AND IMMEDIATE PAYMENT OF ITS 503(b)(9) AND 503(b)(1) ADMINISTRATIVE**

**EXPENSE PRIORITY CLAIMS**

The motion of U.S. Foodservice, Inc. ("USF") for allowance and immediate payment of its §§ 503(b)(9) and 503(b)(1) administrative expense priority claims (the "Motion") came on for hearing on July 13, 2009 before the Honorable Maureen Tighe.

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED in part;

2. USF's §§ 503(b)(9) and 503(b)(1) administrative expense priority claims in the amount of $18,851.33 are allowed in their entirety; and

3. Tommies Northridge, Inc. is hereby ordered to immediately pay USF, in full, its allowed §503(b)(1)(A) administrative expense priority claims in the amount of $2,297.59.

4. Tommies Northridge, Inc. is not obligated to pay USF its allowed §503(b)(9) claim until plan confirmation.

###

DATED: August 11, 2009

*[signature: Maureen A. Tighe]*
United States Bankruptcy Judge

---

**[PROPOSED] ORDER GRANTING MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4684 MacArthur Court, Suite 421, Newport Beach, California 92660

The foregoing document described **[PROPOSED] ORDER GRANTING MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ITS 503(b)(9) AND 503(b)(1) ADMINISTRATIVE EXPENSE PRIORITY CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 11, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On July 2, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 2, 2009 | Abigail Stecker | /s/ Abigail Stecker |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

**[PROPOSED] ORDER GRANTING MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**

3

## Service List

**Counsel for Debtor**
Raymond H. Aver, Esq.
Law Offices of Raymond H. Aver APC
12424 Wilshire Blvd., Suite 720
Los Angeles, CA 90025

**Counsel for U.S. Trustee**
Katherine Bunker, Esq.
Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Parties Requesting Special Notice**
Brian W. Schneider, Esq.
Law Office of Brian W. Schneider
9401 Wilshire Blvd. Ste 1250
Beverly Hills, CA 90212

Navistar Financial Corporation
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

Bank of the West
c/o Brian A. Bobb, Esq.
c/o Robert B. Kaplan, Esq.
Jeffer, Mangels, Butler, & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

**Twenty Largest Creditors**
La Cienega Associates
c/o Robert Kayes, Vice President
200 East Long Lakae Road, Suite 300
Bloomfield Hills, MI 48304

Mission Valley Bank
9116 Sunland Boulevard
Sun Valley, CA 91344-5007

Northridge Mall
c/o GGP Limited Partnership
PO Box 86
Minneapolis, MN 55486

Westfield Topanga Owner LLP
11601 Wilshire Boulevard, 11th Floor
Los Angeles, VA 90025

Pepsi-Cola Bottling Group
PO Box 841828
Dallas, TX 75284

Individual Group
5496 Lindbergh Lane
Bell, CA 90201

Puritan Bakery
1624 E. Carson Street
Carson, CA 90745

W.R. Snodgrass Co.
11024 Balboa Boulevard, Suite 215
Granada Hills, CA 91344

Capital One
PO Box 260848
Plano, TX 75026

Anderson, Satuloff, et al.
20301 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711

A/C Care, Inc.
10404 De Soto Ave.
Chatsworth, CA 91311

Firemaster
PO Box 121019
Dallas, TX 75312

---

**[PROPOSED] ORDER GRANTING MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**

4

| In re: TOMMIES NORTHRIDGE, INC., a California corporation,<br><br>Debtor(s). | Chapter: 11<br><br>Case No.: 1:09-bk-16758 |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ITS 503(b)(9) AND 503(b)(1) ADMINISTRATIVE EXPENSE PRIORITY CLAIMS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 11, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Raymond H. Aver, ray@averlaw.com
Katherine Bunker, kate.bunker@usdoj.gov
Brian D. Huben, brian.huben@kattenlaw.com
United States Trustee, ustpregion16.wh.ecf@usdoj.gov
Bradley D. Blakeley, bblakeley@blakeleyllp.com

Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

xxx   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐   Service information continued on attached page

---

**[PROPOSED] ORDER GRANTING MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**

6

# Service List for Entered Order

**Parties Requesting Special Notice**
Brian W. Schneider, Esq.
Law Office of Brian W. Schneider
9401 Wilshire Blvd. Ste 1250
Beverly Hills, CA 90212

Navistar Financial Corporation
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

Bank of the West
c/o Brian A. Bobb, Esq.
c/o Robert B. Kaplan, Esq.
Jeffer, Mangels, Butler, & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

**Twenty Largest Creditors**
La Cienega Associates
c/o Robert Kayes, Vice President
200 East Long Lakae Road, Suite 300
Bloomfield Hills, MI 48304

Mission Valley Bank
9116 Sunland Boulevard
Sun Valley, CA 91344-5007

Northridge Mall
c/o GGP Limited Partnership
PO Box 86
Minneapolis, MN 55486

Westfield Topanga Owner LLP
11601 Wilshire Boulevard, 11th Floor
Los Angeles, VA 90025

Pepsi-Cola Bottling Group
PO Box 841828
Dallas, TX 75284

Individual Group
5496 Lindbergh Lane
Bell, CA 90201

Puritan Bakery
1624 E. Carson Street
Carson, CA 90745

W.R. Snodgrass Co.
11024 Balboa Boulevard, Suite 215
Granada Hills, CA 91344

Capital One
PO Box 260848
Plano, TX 75026

Anderson, Satuloff, et al.
20301 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711

A/C Care, Inc.
10404 De Soto Ave.
Chatsworth, CA 91311

Firemaster
PO Box 121019
Dallas, TX 75312

**[PROPOSED] ORDER GRANTING MOTION OF U.S. FOODSERVICE, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**

7